# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-5170-GW(AJWx) | Date | December 4, 2015 |
|---|---|---|---|
| Title | *John Rockwood v. The Prudential Insurance Company of America* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

None Present   None Present

**PROCEEDINGS (IN CHAMBERS):   ORDER TO SHOW CAUSE RE SETTLEMENT**

On Plaintiff John Rockwood, filed a Notice of Settlement. The Court sets an Order to Show Cause Hearing re: Settlement for January 4, 2016 at 8:30 a.m.

The parties are advised that the order to show cause will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by noon on December 30, 2015.

All previously set deadlines and dates are vacated and taken off-calendar.

:

Initials of Preparer   JG